**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| In re: )<br>)<br>**DAVID R. O'FLYNN**, )<br>) Case No. 12-13117-RLM-13<br>*Debtor*. )<br>) | |

_____

| | |
|---|---|
| )<br>**DAVID R. O'FLYNN, et al.**, *on behalf of* )<br>*themselves and all others similarly situated,* )<br>)<br>*Plaintiffs*, )<br>)<br>v. ) Adversary No. 21-50079<br>)<br>**PHH MORTGAGE CORPORATION,** successor )<br>by merger with Ocwen Loan Servicing, LLC., )<br>**OCWEN FINANCIAL CORPORATION**, and )<br>**ALTISOURCE PORTFOLIO SOLUTIONS, SA** )<br>*Defendant*. ) | |

## APPEARANCE FOR PLAINTIFF

Comes now Clark Quinn Moses Scott & Grahn, LLP, and hereby enter their Appearance for and on behalf of the Plaintiff in the above-entitled Proceeding.

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
tcohron@clarkquinnlaw.com

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic filing or by first class United States mail, postage prepaid, this 31st day of August 2021.

U.S. Trustee
Chapter 13 Trustee
PHH Mortgage successor by merger to Ocwen Loan Servicing, LLC
Ocwen Financial Corporation

                                          */s/ Travis W. Cohron*
                                          Travis W. Cohron