**SO ORDERED: December 2, 2021.**



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 10/2019)

In re:

**David Robert O'Flynn**,
**Pamela Sue O'Flynn**,
　　　　　Debtors.

**David Robert O'Flynn**,
　　　　　Plaintiff,
　　vs.
**PHH Mortage Corporation**,
**Ocwen Financial Corporation**,
**AltiSource Portfolio Solutions, SA**,
　　　　　Defendants.

Case No. **12–13117–RLM–13**

Adv. Proc. No. **21–50079**

## ORDER GRANTING MOTION FOR AUTHORITY / LEAVE TO FILE A BRIEF IN SUPPORT OF MOTION TO DISMISS IN EXCESS OF 35 PAGES

A Motion for Authority / Leave to File a Brief in Support of Motion to Dismiss in Excess of 35 Pages was filed on November 22, 2021, by Defendant PHH Mortage Corporation and Defendant Ocwen Financial Corporation.

**IT IS ORDERED** that the Motion for Authority / Leave to File a Brief in Support of Motion to Dismiss in Excess of 35 Pages is **GRANTED**.

Attorney for the defendants must distribute this order.

### ###