UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 11/2020)

In re:

**David Robert O'Flynn**,
**Pamela Sue O'Flynn**,
    Debtors.

Case No. **12–13117–RLM–13**

**David Robert O'Flynn**,
    Plaintiff,
  vs.

Adv. Proc. No. **21–50079**

**PHH Mortage Corporation**,
**Ocwen Financial Corporation**,
**AltiSource Portfolio Solutions, SA**,
    Defendants.

## AMENDED NOTICE OF STATUS CONFERENCE

A Notice of Hearing was filed on December 15, 2021. The Court, after reviewing this document, determines that a status conference is required.

**NOTICE IS GIVEN** that a status conference will be held as follows:

    Date:      January 5, 2022
    Time:     01:30 PM EST
    Place:     Video Conference at https://www.zoomgov.com/j/16175050888

Those who wish to listen, but not actively participate, may do so by phone:

    Phone:      551–285–1373 or 646–828–7666
    Meeting ID: 161 7505 0888

Any party appearing by video or phone must connect to the hearing from a quiet location, not use a speakerphone, and mute the connection when not speaking. All participants are further reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  December 29, 2021

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court