# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 12/29/2021 |
| Case: 21−50079 | Form ID: SF00200 | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| aty | Brad Aaron Catlin | brad@williamspiatt.com |
| aty | Emanuel Lee McMiller | manny.mcmiller@faegredrinker.com |
| aty | Erin L McCann | erin.mccann@faegredrinker.com |
| aty | Harmony A Mappes | harmony.mappes@faegredrinker.com |
| aty | Michael Kind | michael.kind@lockelord.com |
| aty | Olivia Hess | ohess@clarkquinnlaw.com |
| aty | Phillip Russell Perdew | rperdew@lockelord.com |
| aty | Ronald J Waicukauski | ron@williamspiatt.com |
| aty | Simon Fleischmann | sfleischmann@lockelord.com |
| aty | Travis W Cohron | tcohron@clarkquinnlaw.com |
| aty | William W. Gooden | wgooden@clarkquinnlaw.com |

TOTAL: 12